# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CIVIL DOCKET FOR CASE #: 3:12–cv–00334–JRS

The Income Tax School, Inc. v. Lopez et al
Assigned to: District Judge James R. Spencer
Demand: $1,000,000
Cause: 17:501 Copyright Infringement

Date Filed: 05/02/2012
Date Terminated: 08/07/2012
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**The Income Tax School, Inc.**     represented by     **Christopher Eric Gatewood**
Threshold Counsel PC
1905 Huguenot Rd
Suite 200
Richmond, VA 23235
804–667–0847
Fax: 803–482–2641
Email: chris@thresholdcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carlos C. Lopez**     represented by     **Cortland Christopher Putbrese**
*TERMINATED: 08/07/2012*
Dunlap, Grubb &Weaver PLLC (Richmond)
6802 Paragon Place
Suite 410
Richmond, VA 23230
804 212–1515
Email: cputbrese@dglegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Lowe**
Gauntlett &Associates
18400 Von Karman
Suite 300
Irvine, CA 92612–0505
**NA**
(949) 553–1010
Fax: 949–553–2050
Email: jal@gauntlettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Marc Sussman**
Gauntlett &Associates
18400 Von Karman Avenue
Suite 300
Irvine, CA 92612–0505
**NA**

(949) 222–5355  
Fax: (949) 553–2050  
Email: ams@gauntlettlaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristeena S. Lopez**      represented by     **Cortland Christopher Putbrese**  
*TERMINATED: 08/07/2012*  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James A. Lowe**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew Marc Sussman**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Latino Tax Professionals Association, LLC**     represented by     **Cortland Christopher Putbrese**  
*a California limited liability company*  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James A. Lowe**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew Marc Sussman**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lopez Tax Service, Inc.**     represented by     **Cortland Christopher Putbrese**  
*TERMINATED: 08/07/2012*  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James A. Lowe**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew Marc Sussman**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2012 | Ï 1 | COMPLAINT against All Defendants (Filing fee: $ 350.00, receipt number 34683016900), filed by The Income Tax School, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(jtho, ) (Entered: 05/02/2012) |
| 05/02/2012 | Ï 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by The Income Tax School, Inc. (jtho, ) (Entered: 05/02/2012) |
| 05/02/2012 | Ï 3 | Summons Issued as to Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc. (mailed to counsel of record). (jtho, ) (Entered: 05/02/2012) |
| 05/24/2012 | Ï 4 | Certificate of Compliance: Latino Tax Professionals Association, LLC served on 5/24/2012, answer due 6/14/2012; Carlos C. Lopez served on 5/24/2012, answer due 6/14/2012; Kristeena S. Lopez served on 5/24/2012, answer due 6/14/2012; Lopez Tax Service, Inc. served on 5/24/2012, answer due 6/14/2012(lsal) (Entered: 05/24/2012) |
| 06/07/2012 | Ï 5 | MOTION to Dismiss for Lack of Jurisdiction by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Carlos C. Lopez, # 3 Affidavit of Kristeena S. Lopez, # 4 Request for Judicial Notice, # 5 Proposed Order)(Putbrese, Cortland) (Entered: 06/07/2012) |
| 06/07/2012 | Ï 6 | Motion to appear Pro Hac Vice by Andrew Sussman and Certification of Local Counsel Cortland Putbrese Filing fee $ 75, receipt number 0422−3070847. by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc.. (Putbrese, Cortland) (Entered: 06/07/2012) |
| 06/07/2012 | Ï 7 | Motion to appear Pro Hac Vice by James Lowe and Certification of Local Counsel Cortland Putbrese Filing fee $ 75, receipt number 0422−3070860. by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc.. (Putbrese, Cortland) (Entered: 06/07/2012) |
| 06/07/2012 | Ï 8 | Financial Interest Disclosure Statement (Local Rule 7.1) by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc.. (Putbrese, Cortland) (Entered: 06/07/2012) |
| 06/11/2012 | Ï 9 | ORDER GRANTING 7 Motion by The Income Tax School, Inc., Carlos C. Lopez, Kristeena S. Lopez, Latino Tax Professionals Association, LLC and Lopez Tax Service, Inc. for the Admission of James A. Lowe, Esquire Pro Hac Vice. Signed by District Judge James R. Spencer on 06/11/2012. (walk, ) (Entered: 06/11/2012) |
| 06/12/2012 | Ï | Set/Reset Deadlines as to 5 MOTION to Dismiss for Lack of Jurisdiction. Motion Hearing set for 7/13/2012 at 09:30 AM in Richmond Courtroom 7000 before District Judge James R. Spencer. (khan, ) (Entered: 06/12/2012) |
| 06/12/2012 | Ï 10 | ORDER GRANTING 6 Motion by The Income Tax School, Inc., Carlos C. Lopez, Kristeena S. Lopez, Latino Tax Professionals Association, LLC and Lopez Tax Service, Inc. for the Admission of Andrew M. Sussman, Esquire Pro Hac Vice. Signed by District Judge James R. Spencer on 06/12/2012. (walk, ) (Entered: 06/12/2012) |
| 06/18/2012 | Ï 11 | Memorandum in Opposition re 5 MOTION to Dismiss for Lack of Jurisdiction filed by The Income Tax School, Inc.. (Attachments: # 1 Affidavit Declaration of Charles E. McCabe with Exhibits A−K)(Gatewood, Christopher) (Entered: 06/18/2012) |
| 06/21/2012 | Ï 12 | Objection to 11 Memorandum in Opposition *Objection to Declaration of Charles E. McCabe* filed by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez |

| | | |
|---|---|---|
| | | Tax Service, Inc.. (Putbrese, Cortland) (Entered: 06/21/2012) |
| 06/21/2012 | 13 | REPLY to Response to Motion re 5 MOTION to Dismiss for Lack of Jurisdiction filed by Latino Tax Professionals Association, LLC, Carlos C. Lopez, Kristeena S. Lopez, Lopez Tax Service, Inc.. (Attachments: # 1 Affidavit of Carlos C. Lopez)(Putbrese, Cortland) (Entered: 06/21/2012) |
| 07/13/2012 | 14 | Minute Entry for proceedings held before District Judge James R. Spencer:Motion Hearing held on 7/13/2012 re 5 MOTION to Dismiss for Lack of Jurisdiction filed by Kristeena S. Lopez, Latino Tax Professionals Association, LLC, Carlos C. Lopez, Lopez Tax Service, Inc. Matter taken Under Advisement. (Court Reporter Jeff Kull, OCR.)(khan, ) (Entered: 07/13/2012) |
| 08/07/2012 | 15 | MEMORANDUM OPINION. Signed by District Judge James R. Spencer on 08/07/2012. (walk, ) (Entered: 08/07/2012) |
| 08/07/2012 | 16 | ORDER GRANTING IN PART and DENYING IN PART Defendants' 5 Motion to Dismiss Case Due to Lack of Personal Jurisdiction and Insufficient Service of Process. Specifically, the Court FINDS that it lacks personal jurisdiction over Defendants Carlos C. Lopez, Kristeena S. Lopez, and Lopez Tax Service, Inc. and they are DISMISSED WITHOUT PREJUDICE. Further, the Court FINDS that it has personal jurisdiction over Defendant Latino Tax Professionals Association, LLC ("LTPA"), and service of process on LTPA was proper. However, in the interest of judicial efficiency and economy, the Court ABSTAINS from entertaining this action against LTPA, and accordingly, TRANSFERS the action to the U.S. District Court for the Northern District of California, San Franciso Division. It is so ORDERED. Signed by District Judge James R. Spencer on 08/07/2012. (walk, ) (Entered: 08/07/2012) |
| 08/07/2012 | | Case 3:12CV334 transferred to the Northern District of California at San Francisco. Original case file transferred electronically. (walk, ) (Entered: 08/07/2012) |